UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS BURNS-JACKSON, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 4:21-CV-1078-RLW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. Movant Demetrius Burns-Jackson initiated this civil action by filing a letter addressed to "Court Clerk." (ECF No. 1). While it appeared movant intended to seek relief pursuant to 28 U.S.C. § 2255, he did not use the proper form as required by this Court's Local Rules and important information was omitted.  In an order dated September 20, 2021, this Court directed movant to file an amended motion on the proper form and return it no later than October 20, 2021. The Court cautioned movant that his failure to timely comply with the order could result in the dismissal of this case, without prejudice and without further notice.

To date, movant has not complied with the Court's order or sought additional time to do so.  Movant was given meaningful notice of what was expected, he was cautioned that his case would be dismissed if he failed to timely comply, and he was given ample additional time to comply.  Therefore, this action will be dismissed at this time, without prejudice, due to movant's failure to prosecute his case and his failure to comply with the Court's September 20, 2021 order. *See* Fed. R. Civ. P. 41(b); *see also Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (a district court may dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

*Ronnie L. White*
_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 22nd day of November, 2021.